UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONALD DOTEY

VERSUS

TANGIPAHOA PARISH COUNCIL
AND TANGIPAHOA PARISH PRESIDENT,
GORDON A. BURGESS, JEFF McKNEELY,
TANGIPAHOA PARISH ASSISTANT FINANCE
DIRECTOR, VIRGINIA BAKER, TANGIPAHOA
PARISH PERSONNEL DIRECTOR, and CHARLES
"CHIPPY" FITZ, DIRECTOR OF ANIMAL CONTROL,
Defendants

CIVIL ACTION: 10-00716

SECT: "S" - LEMMON

MAG: "1" - SHUSHAN

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED JAN 14 2011

LORETTA G. WHYTE
Clerk

## MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, comes the Plaintiff, Donald Dotey, In Proper Person, who, offers the following reasons that this Court should not grant Defendants' motion for summary judgment:

### FACTUAL BACKGROUND

By defendants' own admission in their answers to plaintiff's interrogatory number 1, and Plaintiff's Exhibit #1 attached, they stated that plaintiff was hired as a part-time Drug Testing Officer at a pay rate of $9.00 per hour on August 18th, 2003 by the Tangipahoa Parish Council which is the governing authority which operates under a home rule charter as provided by the laws of the State of Louisiana, as stated in Tangipahoa Parish Government Personnel Manual as revised and adopted 12/8/03 on page 2 of Rule 101:1 in the Introduction. He took a leave of absence to return to duty with the Louisiana State Police during Katrina. He then returned to the parish in October 2005 as a part-time employee. He began full-time employment as a Drug Testing and Fixed Assets Officer on October 23rd, 2006 at a pay rate of $10.25 per hour. He transferred to the position of interim director of Tangipahoa Parish Animal Control on or about December, 2007 whereas he was paid $33,000.00.

In general, Plaintiff's duties as the Director of TPAC, are to oversee the duties of employees and to insure that the department is run in a professional and safe manner. The Director's

job consisted of many tasks, including monitoring of the department's drug issuance logs and to participate and supervise the necessary prevention of cruelty to animals and the enforcement of parish animal control laws and other federal, state, and local laws pertaining to animals which are in the purview of animal control enforcement. Upon taking this position of Director of TPAC, Plaintiff was greeted with an understaffed department and a building kept in deplorable conditions. The drug logs were not up to date, nor were the drugs accounted for. This caused great restrictions on Director Plaintiff's ability to govern employees properly, and lack of reinforcement from the personell director as well as the financial director also caused animosity between employees and Director. **See attached Exhibit #2.** This position or classification requires Plaintiff to exercise considerable independent judgment and tact in order to take actions on knowledge received through both formall and on-the-job training. Work is performed with broad discretion and relative independence, as stated in employment manual in the description of Plaintiff's job title as the Director of The Animal Control Shelter.

Defendants mentioned in their memorandum about the overcrowding of animals at TPAC, which was a normal occurrence because of the many animals taken in by TPAC on a daily basis. There was a need for daily routine euthanasia at this facility. See attached letter from Glen Galbraith as **Exhibit #3.** Moreover, any lawsuits filed by several former TPAC employees, as stated in Defendants' Memorandum, never mentioned Plaintiff Donald Dotey as a defendant in any cause of action.

RESPECTFULLY SUBMITTED:

_____
DONALD DOTEY
IN PROPER PERSON
41053 N. FIRST STREET
PONCHATOULA, LA 70454
(985) 386-8444
(985) 969-8444

CERTIFCATE OF SERVICE
------------------------

CIVIL ACTION: 10-00716

I HEREBY CERTIFY that on the 14th of January,2011,Plaintiff by hand delivered the foregoing to the clerk of court U.S.DISTRICT COURT EASTERN DISTRICT OF LOUISIANA.

I further certify that I hand delivered the foregoing documents to the council of the defendants at 200 N.CATE ST. HAMMOND,LA.

*Donald Dotey*
DONALD DOTEY
41053 N.1st. St.
Ponchatoula, Louisiana 70454
985 386 8444
985 969 8444
donalddotey@webtv.net